UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Circuit Mediation Office
Phone (415) 355-7900 Fax (415) 355-8566
http://www.ca9.uscourts.gov/mediation

# MEDIATION QUESTIONNAIRE

The purpose of this questionnaire is to help the court's mediators provide the best possible mediation service in this case; it serves no other function. Responses to this questionnaire are *not* confidential. Appellants/Petitioners must electronically file this document within 7 days of the docketing of the case. 9th Cir. R. 3-4 and 15-2. Appellees/Respondents may file the questionnaire, but are not required to do so.

| | |
|---|---|
| 9th Circuit Case Number(s): | 13-57068 |
| District Court/Agency Case Number(s): | 2:09-cv-07420-DSF-DTB |
| District Court/Agency Location: | United States District for the Central District of California |
| Case Name: | Laurie Montanez, et al  v.  Gerber Childrenswear, LLC |
| If District Court, docket entry number(s) of order(s) appealed from: | Dkt. #280 and Dkt. #281 |
| Name of party/parties submitting this form: | Gabi Canales Morgan |

**Please briefly describe the dispute that gave rise to this lawsuit.**

Plaintiffs have alleged that for a period of time in the past the tagless labels in certain garments sold by Gerber Childrenswear LLC to retailers and then purchased by consumers contained excessive levels of chemicals which can possibly be a skin irritant. Gerber Childrenswear denies the allegations.

**Briefly describe the result below and the main issues on appeal.**

The District Court Granted the Motion for Final Approval of Class Action Settlement and Regarding Attorneys Fees, Costs and Incentive Award. The main issue on appeal is the approval of the Class Action Settlement and the Approval of Attorneys Fees and Costs and Incentive Award.

*(Please continue to next page)*

| Describe any proceedings remaining below or any related proceedings in other tribunals. |
|---|
| The action has been settled and approved by the Court. The appeal relates to the settlement of the class action. |

| Provide any other thoughts you would like to bring to the attention of the mediator. |
|---|
| |

Any party may provide additional information *in confidence* directly to the Circuit Mediation Office at ca09_mediation@ca9.uscourts.gov. Please provide the case name and Ninth Circuit case number in your message. Additional information might include interest in including this case in the mediation program, the case's settlement history, issues beyond the litigation that the parties might address in a settlement context, or future events that might affect the parties' willingness or ability to mediate the case.

## CERTIFICATION OF COUNSEL

I certify that:

☒ a current service list with telephone and fax numbers and email addresses is attached (see 9th Circuit Rule 3-2).

☐ I understand that failure to provide the Court with a completed form and service list may result in sanctions, including dismissal of the appeal.

Signature: s/ Timothy R. Hanigan

("s/" plus attorney name may be used in lieu of a manual signature on electronically-filed documents.)

Counsel for: Gabi Canales Morgan

**Note:** Use of the Appellate ECF system is mandatory for all attorneys filing in this Court, unless they are granted an exemption from using the system. **File this document electronically** in Appellate ECF by choosing Forms/Notices/Disclosure > File a Mediation Questionnaire.

SERVICE LIST

## Case 13-57068

### Laurie M. Montanez v. Gerber Childrenswear LLC, et al.
### District Court Case No. CV09-07420 DSF (DTBx)

| | |
|---|---|
| James G. Stranch, III<br>J. Gerard Stranch, IV<br>Michael G. Stewart<br>BRANSTETTER, STRANCH &<br>JENNINGS, PLLC<br>227 2nd Avenue North, 4th Fl.<br>Nashville, TN 37201 | **Attorneys for Plaintiffs**<br>T: (615) 254-8801<br>F: (615) 250-3937<br>email: ssimerlein@branstetterlaw.com<br>jims@branstetterlaw.com<br>gerards@ branstetterlaw.com<br>mikes@ branstetterlaw.com |
| John G. Emerson<br>EMERSON POYNTER, LLP<br>830 Apollo Lane<br>Houston, TX 77058 | **Attorneys for Plaintiffs**<br>T: (281) 488-8854<br>F: (281) 488-8867<br>email: jemerson@emersonpoynter.com |
| William T. Crowder<br>Scott E. Poynter, Esq.<br>Christopher D. Jennings, Esq.<br>EMERSON POYNTER, LLP<br>500 President Clinton Avenue<br>Suite 305<br>Little Rock, AR 72201 | **Attorneys for Plaintiffs**<br>T: (501) 907-2555<br>F: (501) 907-2556<br>email: wcrowder@emersonpoynter.com<br>cjennings@emersonpoynter.com<br>scott@emersonpoynter.com |
| Alan M. Mansfield, Esq.<br>THE CONSUMER LAW GROUP<br>10200 Willow Creek Road, Suite 160<br>San Diego, CA 92131 | **Attorneys for Plaintiffs**<br>T: (619) 308-5034<br>F: (888) 341-5048<br>email: alan@clgca.com |
| Joe R. Whatley, Jr.<br>Edith M. Kallas<br>Ilse C. Thielmann<br>WHATLEY DRAKE & KALLAS, LLC<br>1540 Broadway, 37th Floor<br>New York, NY 10036 | **Attorneys for Plaintiffs**<br>T: (212) 447-7070<br>F: (212) 447-7977<br>email: jwhatley@wdklaw.com<br>ekallas@wdklaw.com<br>ithielmann@wdklaw.com |
| Robert A. Jigarjian<br>JIGARJIAN LAW OFFICE<br>128 Tunstead Avenue<br>San Anselmo, CA 94960 | **Attorneys for Plaintiffs**<br>T: (501) 907-2555<br>email: jigarjianlaw@gmail.com |

1

| | |
|---|---|
| Thomas D. Mauriello, Esq.<br>MAURIELLO LAW FIRM<br>1181 Puerta Del Sol, Suite 120<br>San Clemente, CA 92673 | **Attorneys for Plaintiffs**<br><br>T: (949) 543-3555<br>F: (949) 606-9690<br>email: tomm@maurlaw.com |
| William S. Brown<br>Dowse Bradwell Rustin<br>NELSON MULLINS RILEY &<br>SCARBOROUGH, LLP<br>Poinsett Plaza, Suite 900<br>104 South Main Street<br>Greenville, SC 29601-2122 | **Attorneys for Defendant**<br><br>T: (864) 250-2320<br>F: (864) 232-2925<br>email: william.brown@nelsonmullins.com<br>brad.rustin@nelsonmullins.com |
| James J. Yukevich<br>Cristina M. Ciminelli<br>Linet Bidrossian<br>YUKEVICH CALFO & CAVANAUGH<br>355 South Grand Avenue, 15th Fl.<br>Los Angeles, CA 90071-1560 | **Attorneys for Defendant**<br><br>T: (213) 362-7777<br>F: (213) 362-7788<br>email: jyukevich@yukelaw.com<br>cciminelli@yukelaw.com<br>lbidrossian@yukelaw.com |
| Timothy R Hanigan<br>Lang Hanigan & Carvalho LLP<br>21550 Oxnard Street Suite 760<br>Woodland Hills, CA 91367 | **Attorneys for objector/appellant Gabi Canales Morgan**<br><br>T: 818-883-5644<br>F: 818-704-9372<br>email: trhanigan@gmail.com |

2