Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

**NOTICE OF APPEARANCE OF COUNSEL or**
**RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE**

**NOTE:** For readability and security, print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).
You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

9th Circuit Case Number(s) | 13-57068

Case Name: | Laurie Montanez, et al | v. | Gerber Childrenswear, LLC

The Clerk will enter my
appearance as counsel on behalf of: | Gabi Canales Morgan

- [x] Appellant
- [ ] Petitioner
- [ ] Amicus Curiae
- [ ] Appellant/Cross-Appellee
- [ ] Appellee
- [ ] Respondent
- [ ] Intervenor
- [ ] Appellee/Cross-Appellant

[x] Check if you are lead counsel. Lead counsel must be designated if a party is represented by more than one attorney or law firm.

[ ] Re-Assignment. (Optional) This case has been re-assigned to me from another attorney in my office (for ex., the Federal Public Defenders Office, OIL, or a law firm). Enter name of counsel you are replacing below.

I am replacing (name of counsel):

Signature
(use "s/" format) | /s/Christopher A. Bandas | Date | 12/16/2013

Name | Christopher A. Bandas

Firm/
Office | Bandas Law Firm, PC

Address | 500 N. Shoreline Blvd., Suite 1020

City | Corpus Christi | State | TX | Zip Code | 78401

Phone Number (including area code) | (361) 698-5200

SERVICE LIST

## Case 13-57068

**Laurie M. Montanez v. Gerber Childrenswear LLC, et al.**
**District Court Case No. CV09-07420 DSF (DTBx)**

| | |
|---|---|
| James G. Stranch, III<br>J. Gerard Stranch, IV<br>Michael G. Stewart<br>BRANSTETTER, STRANCH &<br>JENNINGS, PLLC<br>227 2nd Avenue North, 4th Fl.<br>Nashville, TN 37201 | **Attorneys for Plaintiffs**<br>T: (615) 254-8801<br>F: (615) 250-3937<br>email: ssimerlein@branstetterlaw.com<br>jims@branstetterlaw.com<br>gerards@ branstetterlaw.com<br>mikes@ branstetterlaw.com |
| John G. Emerson<br>EMERSON POYNTER, LLP<br>830 Apollo Lane<br>Houston, TX 77058 | **Attorneys for Plaintiffs**<br><br>T: (281) 488-8854<br>F: (281) 488-8867<br>email: jemerson@emersonpoynter.com |
| William T. Crowder<br>Scott E. Poynter, Esq.<br>Christopher D. Jennings, Esq.<br>EMERSON POYNTER, LLP<br>500 President Clinton Avenue<br>Suite 305<br>Little Rock, AR 72201 | **Attorneys for Plaintiffs**<br><br>T: (501) 907-2555<br>F: (501) 907-2556<br>email: wcrowder@emersonpoynter.com<br>cjennings@emersonpoynter.com<br>scott@emersonpoynter.com |
| Alan M. Mansfield, Esq.<br>THE CONSUMER LAW GROUP<br>10200 Willow Creek Road, Suite 160<br>San Diego, CA 92131 | **Attorneys for Plaintiffs**<br><br>T: (619) 308-5034<br>F: (888) 341-5048<br>email: alan@clgca.com |
| Joe R. Whatley, Jr.<br>Edith M. Kallas<br>Ilse C. Thielmann<br>WHATLEY DRAKE & KALLAS, LLC<br>1540 Broadway, 37th Floor<br>New York, NY 10036 | **Attorneys for Plaintiffs**<br><br>T: (212) 447-7070<br>F: (212) 447-7977<br>email: jwhatley@wdklaw.com<br>ekallas@wdklaw.com<br>ithielmann@wdklaw.com |
| Robert A. Jigarjian<br>JIGARJIAN LAW OFFICE<br>128 Tunstead Avenue<br>San Anselmo, CA 94960 | **Attorneys for Plaintiffs**<br><br>T: (501) 907-2555<br>email: jigarjianlaw@gmail.com |

1

Thomas D. Mauriello, Esq.
MAURIELLO LAW FIRM
1181 Puerta Del Sol, Suite 120
San Clemente, CA 92673

**Attorneys for Plaintiffs**

T: (949) 543-3555
F: (949) 606-9690
email: tomm@maurlaw.com

**Attorneys for Defendant**

William S. Brown
Dowse Bradwell Rustin
NELSON MULLINS RILEY &
SCARBOROUGH, LLP
Poinsett Plaza, Suite 900
104 South Main Street
Greenville, SC 29601-2122

T:     (864) 250-2320
F:     (864) 232-2925
email: william.brown@nelsonmullins.com
       brad.rustin@nelsonmullins.com

**Attorneys for Defendant**

James J. Yukevich
Cristina M. Ciminelli
Linet Bidrossian
YUKEVICH CALFO & CAVANAUGH
355 South Grand Avenue, 15th Fl.
Los Angeles, CA 90071-1560

T:     (213) 362-7777
F:     (213) 362-7788
email: jyukevich@yukelaw.com
       cciminelli@yukelaw.com
       lbidrossian@yukelaw.com

**Attorneys for objector/appellant Gabi
Canales Morgan**

Timothy R Hanigan
Lang Hanigan & Carvalho LLP
21550 Oxnard Street Suite 760
Woodland Hills, CA 91367

T:     818-883-5644
F:     818-704-9372
email: trhanigan@gmail.com

2