# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

At a Stated Term of the United States Court of Appeals for the Ninth Circuit, held at the James R. Browning Courthouse, 95 7th Street, in the City of San Francisco, on the __2nd__ day of June two thousand and fourteen,

Laurie M. Montanez, et al.

v.

Gerber Childrenswear, LLC

**STIPULATION**
Docket Number: 13-57068

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn with prejudice without costs and without attorneys' fees pursuant to Federal Rule of Appellate Procedure 42(b).

Dated: June 2, 2014
/s/ Christopher A. Bandas
Christopher A. Bandas of Bandas Law Firm, P.C., on behalf of Objector Gabi Canales Morgan

Dated: June 2, 2014
/s/ Alan M. Mansfield
Alan M. Mansfield of The Consumer Law Group on behalf of Plaintiffs

Dated: June 2, 2014
/s/ William S. Brown
William S. Brown of Nelson Mullins Riley & Scarborough LLP on behalf of Defendant

5

## CERTIFICATE OF SERVICE

I hereby certify that on this the 2nd day of June, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Christopher A. Bandas*
Christopher A. Bandas